IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BENJAMIN ALLEN BULLOCK, | ) | CV 23-00394 JMS-KJM |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING THE |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| CITY AND COUNTY OF | ) | PLAINTIFF'S MOTION FOR |
| HONOLULU; ET AL., | ) | DEFAULT JUDGMENT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed and served on all parties on December 23, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge