IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BENJAMIN ALLEN BULLOCK, | ) | 1:23-CV-00394-JMS-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE |
| vs. | ) | JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS |
| CITY AND COUNTY OF | ) | SECOND AMENDED PRISONER |
| HONOLULU, ET AL., | ) | CIVIL RIGHTS COMPLAINT |
| | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS SECOND AMENDED PRISONER CIVIL RIGHTS COMPLAINT

Findings and Recommendation having been filed and served on all parties on March 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "FINDINGS AND RECOMMENDATION TO DISMISS SECOND AMENDED PRISONER CIVIL RIGHTS COMPLAINT," ECF No. 75, filed 3/30/2026, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge